UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DANIEL ARTHUR LONG and
LAURA LONG,

CIVIL NO. 00-68 (DSD/JMM)

Plaintiffs,

v.

ORDER

PAUL DAHLBERG, as Special Administrator
of the Estate of Mark Douglas Johnson,

Defendant.

The above matter came on for hearing before the undersigned on December 20, 2000 upon Defendant's Motion to Amend the Pretrial Scheduling Order [Docket No. 11]. James B. Hovland, Esq. appeared on behalf of the Plaintiffs; James A. Reding, Jr., Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Amend the Pretrial Scheduling Order [Docket No. 11] is granted as follows:

1. Plaintiff shall submit to a neurological examination by Dr. Eric Strobl, and to a mental examination relating to a Vocational Evaluation by Psychologist Michael Richardson on January 8 or 9, 2001, or not later than January 15, 2001.

2. Defendant may conduct the depositions of Drs. Russell and Witticus on January 17, 2001.

DEC 20 2000

3. Defendant shall submit its expert reports no later than February 1, 2001.

Dated: December 20, 2000

JOHN M. MASON
United States Magistrate Judge