UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-CV-68-DSD/JMM

Daniel Arthur Long and Laura Long,

Plaintiffs,

vs.

Paul Dahlberg, as Special Administrator of the Estate of Mark Douglas Johnson,

Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AS FOLLOWS:

1. That in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the above-entitled action, together with all causes of action, actions, or claims which were or could have been alleged therein by the parties to this action, may be and is hereby dismissed with prejudice, without any costs to any party.

2. That this matter is being dismissed with prejudice only as to the claims between the parties and that those claims which may belong to the employer and insurer as subrogation interests, which are expressly denied by Defendant, are specifically excepted from this Stipulation and Order of Dismissal with Prejudice as not having been raised or adjudicated in this action.

3. That this settlement is made in reliance upon Naig v. Bloomington Sanitation, 258 N.W.2d 891 (Minn. 1977) and payment of the within amount is made in settlement of

FILED 3-12-01
JUDGMENT ENTD 3-12-01
DEPUTY CLERK

any and all claims of Plaintiffs Daniel Arthur Long and Laura Long, excepting only those allowed to the employer and insurer as subrogation interests.

4. That Plaintiffs and Defendant agree that if ABF Freight Systems, Inc. desires to pursue its alleged subrogation claim in the name of Plaintiff Daniel Arthur Long, it may, and the dismissal of Plaintiffs' claim in this action will not prejudice the rights of ABF Freight Systems, Inc. to bring such an alleged subrogation action.

5. That Plaintiff Daniel Arthur Long, by this settlement, waives no rights or claims he may have against ABF Freight Systems, Inc. for workers compensation benefits in the State of Illinois or any other rights he may possess under the workers compensation law of the State of Illinois.

6. That the parties agree this Agreement is subject to Minnesota law and the parties consent to the jurisdiction of Minnesota for the interpretation and enforcement of this Agreement.

KRAUSE & ROLLINS, CHTD.

George E. Antrim, III (120534)
310 Groveland Avenue
Minneapolis, MN 55403
(612) 874-8550

ATTORNEYS FOR PLAINTIFFS

REDING & PILNEY

James A. Reding, Jr. (#195352)
600 Inwood Avenue N, #140
Oakdale, MN 55128
(651) 702-1414

ATTORNEYS FOR DEFENDANT

**IT IS SO ORDERED:**

**Dated:** March 12, 2001

**Judge David S. Doty**

LET JUDGMENT BE ENTERED ACCORDINGLY.